201805989
reg

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

| | |
|---|---|
| IN RE: | Case No. 18-51022 |
| WILLIAM DAVID LOVELESS DBA PRO LINE INSURANCE AGENCY, INC. DBA THE STORE AT WELLINGTON, INC. | Chapter 13 |
| | Judge Gregory R. Schaaf |
| Debtor | |
| | **OBJECTION TO DEBTOR'S PLAN BY WELLS FARGO BANK, N.A. (PROPERTY ADDRESS 1374 HIGHWAY 746, WELLINGTON, KY 40387)** |

Now comes Wells Fargo Bank, N.A., a secured creditor, and respectfully objects to the proposed Chapter 13 Plan filed herein by the debtor(s). This Objection is supported by the following Memorandum.

**MEMORANDUM**

On March 23, 2006, William David Loveless and non-filing spouse Ida Loveless signed a Note in the amount of $227,000.00. The Note matures on April 1, 2036. Debtor and non-filing spouse Ida Loveless executed a Mortgage secured by Debtor's principal residence located at 1374 Highway 746 Wellington, KY 40387 ("Real Property"). The mortgage was filed for record on March 30, 2006 in Book 53 Page 266 of Menifee County records.

Wells Fargo Bank, N.A. holds a mortgage lien on debtor(s) real property known as 1374 Highway 746 Wellington, KY 40387. Creditor filed a Proof of Claim on June 27, 2018 as Claim No. 3. The mortgage loan account is in default, resulting in an arrearage of $126,579.49. The Chapter 13 Plan fails to comply with Section 1322(b)(5) of the Bankruptcy Code, which permits debtors to cure defaults

while resuming and maintaining regular payments on long term obligations. That section requires, however, that such defaults be cured "within a reasonable time".

The Chapter 13 Plan proposes herein does not provide for sufficient payment to cure Creditor's arrearage in accordance with Section 1322(b)(5).

Creditor further objects as the proposed plan calls for the Debtors to make post-petition payments to the Chapter 13 Trustee for disbursement and the Trustee is opposed to conduit plans as it would be burdensome to the Trustee.

WHEREFORE, based on the foregoing, Creditor respectfully requests that confirmation of the proposed plan be denied.

/s/ Joel K. Jensen
Joel K. Jensen
Bar Registration #81820
513-241-3100 x-3349

LERNER, SAMPSON & ROTHFUSS
Attorneys for Creditor
PO Box 5480
Cincinnati, OH 45201-5480
(513) 354-6464 fax
ekybk@lsrlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Objection to Debtor's Plan of the secured creditor, Wells Fargo Bank, N.A., was electronically transmitted on June 29, 2018 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list.

Ryan R. Atkinson, Esq., Attorney for Debtor
1608 Harrodsburg Road
Lexington, KY 40504
rra@ask-law.com

Beverly Burden, Trustee
P.O. Box 2204
Lexington, KY 40588-2204
Notices@Ch13EDKY.com

Office of U.S. Trustee
100 East Vine Street
Suite 500
Lexington, KY 40507
ustpregion08.lx.ecf@usdoj.gov

The undersigned certifies that a copy of the foregoing Objection to Debtor's Plan was transmitted on or about June 29, 2018 via regular U.S. mail, postage pre-paid:

William David Loveless
1374 Highway 746
Wellington, KY 40387

/s/ Joel K. Jensen
Joel K. Jensen
Bar Registration #81820
513-241-3100 x-3349

LERNER, SAMPSON & ROTHFUSS
Attorneys for Creditor
PO Box 5480
Cincinnati, OH 45201-5480
(513) 354-6464 fax
ekybk@lsrlaw.com