201806021
reg

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## AT LEXINGTON

| | |
|---|---|
| IN RE: | Case No. 18-51022 |
| WILLIAM DAVID LOVELESS DBA PRO LINE INSURANCE AGENCY, INC. DBA THE STORE AT WELLINGTON, INC. | Chapter 13 |
| Debtor | Judge Gregory R. Schaaf |
| | **MOTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION FOR LEAVE TO FILE OBJECTION TO AMENDED PLAN OUT OF TIME (PROPERTY: HCR 66 BOX 890, DENNISTON, KY 40316)** |

Now comes JPMorgan Chase Bank, National Association, and moves this Court for leave to file its Objection to Amended Plan out of time. Pursuant to Bankruptcy Rule of Procedure 3015 (f), an Objection to confirmation of a Amended Plan shall be filed and served on the debtors, Trustee and any other entity designated by the court, and shall be transmitted to the United State Trustee before confirmation of the Amended Plan. Creditor has filed its Objection to confirmation of Amended Plan prior to confirmation. Further, the Chapter 13 Trustee has not recommended this Amended Plan for confirmation. As a result, Debtors will not be prejudiced by allowing Creditor's Objection to be heard on the merits.

WHEREFORE, JPMorgan Chase Bank, National Association moves this court for an order granting leave to file its Objection to Amended Plan and that the Objection to Amended Plan be deemed filed instanter.

/s/ Mia L. Conner
Mia L. Conner
KY Bar Registration #: 90625
513-241-3100 x-3445

LERNER, SAMPSON & ROTHFUSS
Attorneys for Creditor
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3277
(513) 354-6464 fax
ekybk@lsrlaw.com

## NOTICE AND OPPORTUNITY FOR HEARING

    The undersigned certifies that a copy of the foregoing Motion to File Objection to the Amended Plan out of time of the secured creditor, JPMorgan Chase Bank, National Association, was electronically transmitted on October 31, 2018 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list. Unless within twenty (14) days from the date hereof a written responsive objection to the Amended Motion is filed with the Court and served on the undersigned, an order sustaining the Amended Motion will be presented to the Court for consideration.

Ryan R. Atkinson, Esq., Attorney for Debtor
1608 Harrodsburg Road
Lexington, KY 40504
rra@ask-law.com

Beverly Burden, Trustee
P.O. Box 2204
Lexington, KY 40588-2204
Notices@Ch13EDKY.com

Office of U.S. Trustee
100 East Vine Street
Suite 500
Lexington, KY 40507
ustpregion08.lx.ecf@usdoj.gov

    The undersigned certifies that a copy of the foregoing was transmitted on or about October 31, 2018 via regular U.S. mail, postage pre-paid:

William David Loveless
1374 Highway 746
Wellington, KY 40387

                              /s/ Mia L. Conner
                              Mia L. Conner
                              KY Bar Registration #: 90625
                              513-241-3100 x-3445

                              LERNER, SAMPSON & ROTHFUSS
                              Attorneys for Creditor
                              PO Box 5480
                              Cincinnati, OH 45201-5480
                              (513) 241-3100 ext. 3277
                              (513) 354-6464 fax
                              ekybk@lsrlaw.com