201805989
reg

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

| | |
|---|---|
| IN RE: | Case No. 18-51022 |
| WILLIAM DAVID LOVELESS DBA PRO LINE INSURANCE AGENCY, INC. DBA THE STORE AT WELLINGTON, INC., <br> Debtor | Chapter 13 <br><br> Judge Gregory R. Schaaf <br><br> **AGREED ORDER RESOLVING OBJECTION TO DEBTOR'S PLAN BY WELLS FARGO BANK, NA AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC3 FILED ON JUNE 29, 2018 (PROPERTY ADDRESS: 1374 HIGHWAY 746, WELLINGTON, KY 40387) DOCKET NO. 22** |

This matter having come before the Court upon the Objection to Debtors' Plan filed herein on June 29, 2018 as PACER Docket No. 22 (hereinafter "Objection") by the secured creditor, Wells Fargo Bank, NA, as servicer for U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation,Mortgage Pass-Through Certificates, Series 2006-BC3 ("Creditor"); and it appearing to the Court that the parties have agreed to a course of action which will otherwise resolve the Objection; and the Court, being otherwise fully advised in the premises, hereby makes the following findings of facts and issues the following Order with respect thereto:

1. The parties hereby agree that Creditor's Proof of Claim filed on June 27, 2018 as Claim No 3, which includes a pre-petition arrearage claim in the amount of $126,579.49 ("arrearage") is based upon a perfected security interest in the real property located at 1374 Highway 746,

Wellington, KY 40387 ("Real Property") and shall be allowed as a fully secured arrearage claim which shall be cured within a reasonable time.

2. Debtor and trustee reserve the right to object to Creditor's mortgage arrearage claim.

3. Plan confirmation is subject to the terms and conditions stated herein.

SO ORDERED

SUBMITTED BY:
/s/ Mia L. Conner
Mia L. Conner
KY Bar Registration #: 90625
513-241-3100 x-3445

Mia L. Conner, Case Attorney
KBA No. 90625
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100
(513) 241-4094 Fax
ekybk@lsrlaw.com
Attorneys for Creditor

APPROVED BY:

/s/ Ryan R. Atkinson
Ryan R. Atkinson, Counsel for Debtor(s)
1608 Harrodsburg Road
Lexington, KY 40504
rra@ask-law.com
Attorney for Debtor(s)

/s/ Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
P.O. Box 2204
Lexington, KY 40588-2204
606 233 2608
Notices@Ch13EDKY.com

COPIES TO:

Mia L. Conner - Attorney for Movant
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45202-4007
ekybk@lsrlaw.com
VIA ELECTRONIC SERVICE

Beverly M. Burden - Trustee
P.O. Box 2204
Lexington, KY 40588-2204
Notices@Ch13EDKY.com
VIA ELECTRONIC SERVICE

Office of U.S. Trustee
100 East Vine Street
Suite 500
Lexington, KY 40507
ustpregion08.lx.ecf@usdoj.gov
VIA ELECTRONIC SERVICE

Ryan R. Atkinson, Esq. – Attorney for Debtors
1608 Harrodsburg Road
Lexington, KY 40504
rra@ask-law.com
VIA ELECTRONIC SERVICE

William David Loveless dba Pro Line Insurance Agency, Inc. dba The Store at Wellington, Inc.
1374 Highway 746
Wellington, KY 40387
VIA ORDINARY US MAIL

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Friday, November 16, 2018**
(grs)