**Fill in this information to identify the case:**

**Debtor 1**   Loveless, William David

**Debtor 2**
(Spouse, if filing)

**United States Bankruptcy Court for the Eastern District of Kentucky, Lexington Division**

**Case Number**  5:18-bk-51022
(If known)

[x] Check if this is an amended plan, and list below the sections of the plan that have been changed.
2.4

Local From 3015-1(a)
# Chapter 13 Plan
12/17

| Part 2: | Plan Payments and Length of Plan |

**2.4 Additional payments.**
*Check one.*

[ ] **None**. If "None" is checked, the rest of § 2.4 need not be completed or reproduced.
$5,000 August 31, 2018, $10,000 January 31, 2019, $10,000 August 31, 2019, $20,000 January 31, 2020, $20,000 August 31, 2020, $40,000 January 31, 2021, $40,000 August 31, 2021, $40,000 January 31, 2022, $40,000 August 31, 2022, $40,000 January 31, 2023.

| Part 9: | Signature(s): |

**9.1 Signatures of Debtor(s) and Debtor(s)' Attorney**

The Debtor(s) and attorney for the Debtor(s), if any, must sign below.

/s/ William D. Loveless
Signature of Debtor 1

Signature of Debtor 2

Executed on **December 28, 2018**

/s/ Ryan Atkinson                                                                Date: **December 28, 2018**
**Signature of Attorney for Debtor(s)**

**By filing this document, the Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form 3015-1(a), other than any nonstandard provisions included in Part 8.**

**CERTIFICATE OF SERVICE**
**I certify that on the date shown below I mailed a copy of the Chapter 13 Plan, for the Debtor to the creditors listed on the matrix and to the Chapter 13 Trustee.**

/s/ Ryan Atkinson                                                                Date: **December 28, 2018**
**Signature of Attorney for Debtor(s)**