# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### THE HONORABLE Gregory Schaaf

IN RE:  CASE NUMBER 18-51022

William David Loveless

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 05/02/2019  TIME: 09:30

ISSUE:

| | | |
|---|---|---|
| 98 | 04/02/2019 | Motion to Dismiss Case for Failure to Make Plan Payments, filed by Beverly M. Burden. Hearing on Motion to Dismiss scheduled for 5/2/2019 at 09:30 AM at Lexington Courtroom, Ch. 13. (burden, Beverly) |

DISPOSITION:

P/O, 14 Days TBC

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, May 2, 2019**
**(rah)**