# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### LEXINGTON DIVISION

IN RE:

**WILLIAM DAVID LOVELESS**                                            **CASE NO. 18-51022**

**DEBTOR(S)**

## PROBATION ORDER

The chapter 13 trustee having filed a motion to dismiss this case for failure to make plan payments, and the case having come on for confirmation hearing; the matters having been heard and the court being sufficiently advised, IT IS ORDERED:

1. The debtor shall have:

   a. Fourteen (14) days from the date of entry of this order within which to become current in plan payments to the chapter 13 trustee; and

   b. Fourteen (14) days from the date of entry of this order within which to submit a confirmable plan; and

2. The Debtor(s) shall be on probation with respect to plan payments in the within case for a period of one (1) year from the date of this order and shall have a twenty-one (21) day grace period on payments coming due within that time.  A payment shall be deemed made within the grace period if it is postmarked on or before 21 days following the due date.

3. Upon failure of the Debtor to make any payment as set forth in the above paragraphs, or failure to submit a confirmable plan, the chapter 13 trustee shall, without further motion or hearing, file with the Court a notice of the debtor's failure to comply with the terms of

this order and tender an order dismissing this chapter 13 case for failure to comply with

the orders of the Court.

Order Tendered By:

<u>/s/ Beverly M. Burden</u>
Beverly M. Burden
Chapter 13 Trustee
KY #09330
PO Box 2204
Lexington KY  40588-2204
(859) 233-1527
notices@ch13edky.com


Copies To:

Debtor(s) by mail

Counsel for Debtor(s) via ECF

Page **2** of **2**

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
***Gregory R. Schaaf***
**Bankruptcy Judge**
**Dated: Monday, May 6, 2019**
**(grs)**